**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6454**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROY LEE OWENS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Greensboro.  Richard C. Erwin, Senior
District Judge.  (CR-89-237-R, CA-96-492-3)

---

Submitted:  September 11, 1997    Decided:  September 22, 1997

---

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Roy Lee Owens, Appellant Pro Se.  Richard Stanley Glaser, Jr.,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Owens, Nos. CR-89-237-R; CA-96-492-3 (M.D.N.C. Mar. 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2